# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

158468(22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRIAN DAVID KANE,
      Defendant-Appellant.

SC: 158468
COA: 341694
Jackson CC: 11-004710-FH

_____/

On order of the Court, the motion for reconsideration of this Court's March 5, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



a0624

Clerk